AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____DISTRICT OF__NEVADA_____

JASON ROGERSON et al,

              Plaintiff,            **JUDGMENT IN A CIVIL CASE**

V.

                                CASE NUMBER: **3:11-CV-00728-RCJ-VPC**

COUNTRYWIDE BANK, A DIVISION
OF TREASURY BANK, N.A., et al.,

              Defendants.

__    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__    **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

_X_   **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the Motion to Dismiss and the Motion to Expunge Lis Pendens are GRANTED.
FURTHER ORDERED that the lis pendens is EXPUNGED.

   November 1, 2012                     **LANCE S. WILSON**
                                          Clerk

                                     _/s/ J. Kaufman_____
                                        Deputy Clerk